IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RONALD KROGER

      Plaintiff,

v.                            CASE NO. 4:23-cv-00197-TWB-KMB

MH EQUIPMENT CORPORATION

      Defendant.

---

**AGREED MOTION TO DISMISS THE CASE UPON
AGREEMENT BY THE PARTIES**

---

      Pursuant to the Court's Minute Entry of November 19, 2024 (DN 33), the Parties hereby jointly move for dismissal of the present action.

1.  The Parties met for Settlement Conference before Judge Mark J. Dinsmore on November 18, 2024.

2.  During Settlement Conference, the Parties reached an Agreement for settlement of this action.

3.  As of the date of this filing, all necessary obligations of the Agreement have been fulfilled, and this matter is now positioned for dismissal from the Court's docket.

      WHEREFORE, the Parties hereby request this Court enter the attached Agreed Order of Dismissal.

Respectfully submitted, with permission
from Tim McCarthy for the Plaintiff,

Steven B. Lowery
REMINGER CO., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
P:(502) 625-7306
slowery@reminger.com
*Counsel for MH Equipment Corporation*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically this 10th day of January 2025, via electronic mail to the following

Timothy R. McCarthy, Esq.
NUTT LAW OFFICE
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, KY 40202
T: (502) 589-0635
tim@nuttlaw.com
*Counsel for Plaintiff*

/s/ *Steven B. Lowery*
Steven B. Lowery
REMINGER CO., L.P.A.