IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RONALD KROGER

    Plaintiff,

v.                        CASE NO. 4:23-cv-00197-KMB-TWP

MH EQUIPMENT CORPORATION

    Defendant.

## ORDER OF FULL DISMISSAL

Upon Agreement by the Plaintiff, Ronald Kroger, and the Defendant, MH Equipment Corporation, as indicated in their Joint Motion to Dismiss, [dkt. 34], and with the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff herein against the Defendant are **DISMISSED** in their entirety **with prejudice.** Each party shall bear their own costs herein. This mater may now be **CLOSED** on the Court's docket.

**SO ORDERED.**

Date: 1/22/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Michelle G. Landrum*
Deputy Clerk, U.S. District Court

Distribution:
Registered counsel of record via the Court's CM/ECF System

1